1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                      EASTERN DISTRICT OF CALIFORNIA
12
13   STEPHEN KONSTENIUS,                    1:07-cv-01100-AWI-WMW (HC)
14              Petitioner,
                                            **ORDER AUTHORIZING**
15   v.                                     **IN FORMA PAUPERIS STATUS**
16   UNITED STATES OF AMERICA,
17              Respondent.
                                    /
18
19        Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus
20   pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to
21   proceed *in forma pauperis*.  The petition will be screened in due course.
22   IT IS SO ORDERED.
23   **Dated:    August 16, 2007**              /s/  **William M. Wunderlich**
24                                            UNITED STATES MAGISTRATE JUDGE
25
26
27
28