UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN KONSTENIUS,<br><br>        Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | 1:07 CV 01100 AWI WMW HC<br><br>ORDER DENYING MOTION TO AMEND PETITION<br><br>[Doc. 10] |

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pending before the court is Petitioner's motion to amend.

      Writ of habeas corpus relief extends to a person in custody under the authority of the United States.  See 28 U.S.C. § 2241.  While a federal prisoner who wishes to challenge the validity or constitutionality of his conviction must bring a petition for writ of habeas corpus under 28 U.S.C. § 2255, a petitioner challenging the manner, location, or conditions of that sentence's execution must bring a petition for writ of habeas corpus under 28 U.S.C. § 2241.  See, e.g., Brown v. United States, 610 F.2d 672, 677 (9th Cir. 1990).

      In his motion to amend the petition, Petitioner asks this court to "vacate the remaining portion of his sentence above the mandatory minimum of 240 months" based on extraordinary military service.  Such a challenge to Petitioner's sentence must be brought pursuant to 28

U.S.C. Section 2255, not pursuant to 28 U.S.C. Section 2241, as is the case here.  Thus, any amendment to the present Section 2241 petition to add a claim for vacating a portion of Petitioner's sentence based on extraordinary military service would be futile.  Accordingly, Petitioner's motion to amend is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:     June 3, 2008**                                    **/s/  William M. Wunderlich**
                                                              UNITED STATES MAGISTRATE JUDGE